Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. MJ24-183 |
|---|---|
| Plaintiff | [Proposed] ORDER FOR NO CONTACT WITH MINOR VICTIM 1 |
| v. | |
| KEITH DANIEL FREERKSEN, | |
| Defendant. | |

The Court, having reviewed the Motion of the United States for Imposition of a No Contact Order prohibiting the defendant from communicating and contacting Minor Victim 1, hereby enters the following order:

//

//

Order to - 1
*United States v. Freerksen* / MJ24-183

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    IT IS ORDERED that the Motion for No Contact with Minor Victim 1 is
2    GRANTED. The defendant is precluded from contacting or communicating with Minor
3    Victim 1.
4    DATED this _____ day of May, 2024.

S. KATE VAUGHAN
UNITED STATES MAGISTRATE JUDGE

Presented by:

*s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney

Order to - 2
*United States v. Freerksen* / MJ24-183

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970