# EXHIBIT A



Western District of Washington
United States Federal Court

January 15, 2025

To the Honorable Judge,

    I have known E█ J████ since she was two years old. Over the last 13 years, I have been lucky to watch her grow into the person she is today. E█ has always been a spirited, creative, and empathetic child. She is also easily influenced by her peers as well as those she looks up to. A decade ago, a family joke was hatched where we told E█ that I had a special diet and was a "roundarian," - a person who only eats round foods. Although she had questions about my special diet, she continued to believe this all the way up until last year. While the myth of the roundarian has since been busted, this speaks to her unsuspecting and pliable nature with those she trusts.

    When I first heard E█ was missing, my instinct told me she had been tricked by someone she thought was her friend. While those who love her, me included, spent weeks searching the streets of the greater Seattle area, all kinds of false tips came in. We were told she was seen walking into the home of a known drug distributor. We were also told she was seen in hotel rooms on Aurora Avenue – an area known for its open-air sex work. We were even told to check the 'kiddie track' – an area near Sea-Tac airport known for child sex work. As the days and weeks went by, the statistical likelihood of her ever returning safely continued to decrease.

    During this time, I was tasked with submitting her information to a human remains database and calling every morgue in the state of Washington to provide dental records and ask about Jane Doe's. This was the advice we were given based on the circumstances, lack of any evidence, and amount of time that had passed since she had last been seen. After 26 days of silence, she was located by the FBI eight states away at the home of a repeat child sex offender. Since I live on the East Coast, I was the first familiar person able to get to Michigan and be with E█. Somehow, sitting in that hospital bed was the same kid who believed I was a roundarian. Also sitting in that hospital bed was a kid whose life had been irrevocably changed. E█ is smart and resilient, and I have no doubt that her future is bright. She will use this experience to help those around her.

    However, these scars will never, ever leave her. No amount of therapy or love can ever undo what Keith has done to E█ and to all those around her, especially her immediate family. I am a social worker whose research and daily work centers around factors that shape child and adolescent mental health outcomes. Based on my experience working with other children with complex trauma, I know that E█ will continue to be impacted by Keith's abuse for the rest of her life. It is currently impacting her well-being on a daily basis, and it will surface in all of her future relationships, in her decision making about whether to become a parent herself, and in her ability to trust those who claim to be her friend. I hope you take the actions of Keith Freerksen seriously. This was not a lapse in judgement, this was a year of carefully thought-out and targeted behavior by a child-abusing predator.

Thank you for your time in reading this. Our children deserve better.

Sincerely,



M████ J██████, MSW MPH