# Exhibit 2

To: The Honorable Tana Lin From: Daniel Freerksen

Dear Judge Lin:

Keith is my only son(child). Since 2010 when I was divorced by his Mom Joan, I have remained "in touch" with Keith once a week over the phone. In the year 2020 I offered him a place to live with the idea that he would help me with driving to the hospital for lung surgery - helping me with understanding Medicaid - helping both my 96 year old Mom and I get smartphones and learn how to use them. Plus taking care of many chores, Keith made it possible for my Mom to live in her home until she passed away last month on 11-14-2024.

Keith graduated High school, Has a Bachelor's Degree from Full Sail University in sound engineering. He secured a job in that field and bought a house (rent to own) and was taking care of his Mom Joan. After high school he kept jobs including delivery driver for Chinese food, Papa Johns, Uber driver and most recently three years working with a landscape Company.

Keith likes to be helpful to others. He is good at being responsible and getting things done. 2020 was the first time he lived in a rural area. Keith felt isolated. His desire has always been to be an honest, good person.

Keith had a seasonal landscaping job and for 2 or 3 months he had time off. I told him that His Grandmother and I are doing OK and that he should find a girlfriend, go traveling, see the United States, see the sights, camp, visit National monuments and have fun! This discussion weighs heavy on me.

About Jan 1st 2024 Keith said he met someone online. He said they had a million things in common and they were going to travel by car and sight see, camp and travel some of the U.S. He really cared for her. Keith does not justify any of his actions. He knows he meddled in someone else's family. His friend told me Keith never wanted to hurt anybody and is embarrassed about his own thoughtless actions.

I know Keith wants his life back. He is sorry to his friends, family, her family plus society in general. He lives with embarrassment now. He hurt so many people, her parents, my family, everyone who has children. Counseling with therapy, classes, treatments and programs that would guide him to be a great citizen would really be effective.

Keith's plans for the future have been destroyed with him being in prison for the past 11 months. Prison life is counter-productive for owning a house, starting a family, having a great job, being a happy, helpful person and being a great guy.

I can't help Keith If he is in prison. I am 65 years old. My father died from Alzheimer's disease when he was 75. If Keith was NOT in prison, I would do what I have always done with Keith, go hiking, cycling, kayaking, talking about world issues and leading a productive life. Also, I will help him make conscious decisions to become the great guy I know he is capable of.

Sincerely,
Keith's Father
Daniel Freerksen

December 22, 2024
The Honorable Tana Lin
 US District Judge

Dear Judge Lin,

    My name is Joan M Hickey-Freerksen. Keith Daniel Freerksen is my son, my only child. I was 37 years old when I gave birth to Keith on October 19,1993 With somewhat of a difficult labor He was born by C-Section and was extremely Hypoglycemic and still has it to a degree.

    His father ( Daniel Freerksen ) and I raised him together in a small 2 bedroom house on a large wooded lot in Oak Forest, IL. The house was always under renovation, every room was torn apart to some degree, not a single room was ever completed. Dan was a self-employed carpenter who was mostly between jobs for most of Keiths childhood.I had a housekeeping business in the Chicago area for over 20 years. I was gone most days.

    Keith went to day care from the time he was 6 months old until he was 8 years old. He was smart but emotionally imature. His hypoglycemia would effect his behavior making him cry easily and get in fights when the older kids picked on him.When it was time to start Kindergarden he was held back a year.This led to Keith being a year older than his classmates. During grade school years he had chronic hearing problems and diagnosed in 2006 with ADHD, he took Aderall until college.

    As his hearing improved the adderall helped focus him he became very popular with all ages, students and Teachers...etc. He started smoking cigarettes then Pot. He would ace all the test but fail the class for not doing the homework. He was bored! With the right accomodations and more challenging classes his attitude and his grades improved.

    In 2008-2009 my Ex and I were fighting alot, home life was not good  Then in March 2009 I had a
 siezer on the right side of my brain.One month later MRSA was found in my ear rotting through the bone to my brain. After emergency surgery I was deaf, could not stand, walk or sit on my own. During that time he was by my side always ready to help.In Sept 2009 I filed for a divorce. Living in the middle of all the negativity was so toxic. Keith and I moved out.

    His last 2 years of High School 2010-2012 Keith and I lived in a small 3 bedroom rental house. It was the first time he lived in a home that was finished.

    He was now in the excellerated program. It required taking classes at 2 different high schools everyday. He delivered Chinese then Pizzas on the weekend. He burned the candle at both ends .At the same time he was juggling school, work and partying he applied at Full Sail Universirty, Winter Park FL. Excepted into the 2 year excellerated program for a Bachelor of Science in Recording Arts. Recieving every scholorship offered.He graduated High School May 2012 with honors.

    Started classes on line at Full Sail in July 2012, moved to Florida in August 2012. Graduated Deans List Oct 2014 in his choosen field.BS in Recording Arts.

    Three months after graduation he was working at Jerry Harvey Audio in Orlando FL. He was hired to solder together and tune in-ear monitors. Shortly after he met Jerry and started working with him on new models and he created better ways to increase production. People at work looked up to him. He was Happy. He was happy, I could see it in his face. He had dreams and was making plans for his future.

I was living and working with my son on Aug 2 2017 when all that stopped! He was arressted for naked pictures of a girl from high school on his computor. Sentenced to 3 years at Liberty Correctional Institution in Bristol, FL.Released in Feb of 2020. Moved to his grandmothers property in South Haven MI 3 weeks after his release.

. I stayed in touch during CoVoid. As months passed he was getting more depressed, had trouble sleeping and becoming more wrestless. In June 2021while helping me move from FL to Grand Rapids MI, he was easily angered and contantly yelled. He was definitly showing signs of PTSD and depression.

The next 3 years he was self medicating with marijuana. I kept suggesting he seek help for the depression and find someone he could talk to about his PTSD. He still called but was coming by less. He talked less and less about the progress on his tiny house he was building and living in at the same time. He told me my Ex didn't want me on the property. So we always met somewhere else when I came to visit. I had no idea the conditions he was living in. I didn't see the building until the day after he was arrested.

The partly insulated 10 x 20 plywood shell, semi finished bath, mock kitchen. Stairs to loft in progress and entrance steps unstable.I realized he was living in the same conditions as the house he grew up in. He got very little done on the house inside and out in the 4years he lived there.It seems he gave up on the project and just lived in the choas. He spent his time on the computor or with his friends who live 50 miles away. He made an E bike, backpacked, liked kayaking, eyc. He needed to be around people.

He is a problem solver always looking for ways to help people. When Keith went to prison in 2017 he lost touch with so many people he use to know. I never saw him show any disrespect towards girls, women or anyone else at any time in his life. He struggled meeting new people after he got out. Especially women because he is a Registered Citizen  I believe his intentions were good when he met the girl on line. He told me they talked for months about her problems, he was trying to help by listening and giving advice. By New Years, what ever ▮ threatened to do was something really bad. I don't know what, but it was enough to set off this whole chain of events. It had to be something so extreme that Keith got in his car, not telling anyone he was going to Seattle. He picked up ▮ (the minor) then drove back to MI with her. Again not telling anyone what was actually going on when he got back. He normally spends months planning his trips..Talking for hours about his itierary.

This is the most sporatic and reckless thing he has done.He tends to go out of his way to help people. But this was so out of his norm. He said he got to the point he felt he could only continue to help her if he went to Seattle. His intentions were good but he got in way over his head in so many ways. As good as his intentions were, it does not excuse Keith from crossing the line and becoming emotionally involved with the young girl, taking her out of state,and turning everyones life upside down. He has never done anything like this before and I believe he never will again.

I feel the years of incarseration, along with giving him the right tools during this time to cope with his PTSD, Depression and ADHD will help him become more balanced.Tools like counciling, medication, exercise and meditation can help him move forward. It will help him to be to able to focus on his future. He needs a chance to to be able to focus on and create a positive future.which is something he hasn't been able to do in a long time.

He talks about taking classes on line and is hoping to be able to become a paralegal when he gets out. He still wants to help people.

    In the long run it is up to Keith to make changes and create his new path in life. He is a very kind and intellegent person, when focused he can be very driven in a positive way. He needs to focus on using his positive energy to help create a better future.He needs to believe in himself again and he needs people to believe in him along the way.

    When stepping up and taking responsibility for his actions and doing the punishment it is a start, it does not excuse him from putting so many people through so much. As time passes I hope all involved can move forward and start healing.He will have many years to reflect on his indiscretions.

    My home will always be open to him and I will always be ready to talk and listen when he needs me. I will always love my son and will help him succeed in any way I can. I'm in for the long haul.I'm a phone call away. I will visit as much as I can and encourage him when he starts loosing his way. I will be praying for him every night. Keith also realizes that with my health issues and my age I might not live long enough to see him through this.

    Sincerely

    Joan M Hickey-Freerksen

| | |
|---|---|
| From: | Ian Campbell |
| To: | Dennis Carroll |
| Subject: | The honorable Tana Lin |
| Date: | Thursday, January 9, 2025 2:17:17 PM |

EXTERNAL SENDER

Dear judge Lin,

   I meet Keith Daniel Freerksen, back in 2021 when I moved to Michigan through a mutual friend.

  We became good friends seeing as how we had many things in common such as an interest in rustic camping, traveling, and both being blue collar workers. What I knew of Keith he was a hard working blue collar worker, never opposed to working hard or giving a helping hand. Time spent together was usually camping spending time with his family, building his home and time on the beach near his family land.

  Keith always seemed to a kind and caring individual. Hard working intelligent and eager to spend time with his friends.

 We haven't spoke much on his case or the circumstances of which he is in. All that has been mentioned is how he made a huge mistake and how he wished he'd made better decisions. He plans to make changes and better himself by focusing on work and family.

 Me as a friend I plan to help keep him outta trouble and from making the same mistakes by keeping him busy, as a future sailor getting military training I'll be able to spend more time with him and keep my eye on him keep him in the woods camping and hiking. And kick his butt if he even thanks of relapsing.

                   Respectfully yours,

                   Micheal Ian Campbell