THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-086-TL |
| Plaintiff, | |
| v. | ORDER TO SEAL DOCUMENT |
| KEITH D. FREERKSEN, | |
| Defendant. | |

THE COURT has considered Keith Freerksen's motion to seal Exhibit 4 in support of the Defendant's Sentencing Memorandum and finds there are compelling reasons to file the document under seal. *See* CrR 49.1(d).

IT IS ORDERED that Exhibit 4 be filed under seal.

DONE this 5th day of February 2025.

Tana Lin
United States District Judge

ORDER TO SEAL DOCUMENT
(*United States v. Freerksen, CR24-086-TL*) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**